UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | No.  4:12CR013 CEJ NAB |
|  | ) |  |
| LINUS DAVIS, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## ORDER AND SPEEDY TRIAL FINDING

This matter is before the Court on Defendant's Motion for an Extension of Time to File Pretrial Motions [Doc. #29] filed on February 2, 2012.  In support of the Motion Defendant stated that Counsel is still reviewing discovery materials and will then need to meet with Defendant to review these materials, discuss the facts they allege, and consider the pretrial motions available to him.

Defendant requested that the pretrial motion deadline previously set for February 3, 2012 be continued for twenty-one days and the evidentiary hearing be continued.

**Speedy Trial Finding:** For the reasons set out in Defendant's motion, the Court finds that to deny Defendant's request for such additional time would deny counsel for Defendant the reasonable time necessary for effective investigation and preparation of pretrial motions, taking into account the exercise of due diligence, and that the ends of justice served by granting Defendant's request for additional time outweigh the best interest of the public and Defendant in a speedy trial, and therefore, the time granted to Defendant to investigate and properly prepare pretrial motions, or a waiver thereof, is excluded from computation of Defendant's right to a speedy trial pursuant to 18 U.S.C. §§ 3161(c)(1) and 3161(h)(7).

**IT IS HEREBY ORDERED** that Defendant's Motion for an Extension of Time to File Pretrial Motions [Doc. #29] is **GRANTED.** Defendant shall have to and including **February 24, 2012** to file any pretrial motions or waiver of motions. The government shall have until **March 2, 2012** to respond.

**IT IS FURTHER ORDERED** that the evidentiary hearing set for **February 17, 2012** shall be continued until **March 13, 2012 at 2:00 p.m**.

/s/ Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE

Dated this 6th day of February, 2012.